UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, vs. **DORIAN BROADNAX**, Defendant. | 2:19-CR-20352-TGB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO AMEND DEFENDANT'S CONDITIONS OF BOND (ECF NO. 38) TO REMOVE TETHER AND CURFEW REQUIREMENTS** |

This matter is before the Court on Defendant's Amended Motion and Brief for Release of Tether Condition (ECF No. 38). Defendant seeks to have the following bond conditions modified: his curfew, the requirement that he wear a GPS tracker, and his travel restrictions within the Eastern District of Michigan.

The government has filed an opposition to Defendant's motion and the Court has carefully reviewed the same (ECF No. 40). Although the government correctly points out a number of factors relating to the seriousness of the charges against the Defendant, the Court conducted

an in-depth interview of the supervising Pretrial Services Officer, Ms. Jessica Homan, who advised that she supported removing the tether and the curfew conditions at this time. Because the Defendant has successfully complied with his conditions for over a year, since July 4, 2019, Officer Homan indicated that she did not believe that these conditions were needed any longer in order to assure the appearance of the defendant and the safety of the community.  With respect to the condition that travel be restricted to the Eastern District of Michigan, this condition will remain in effect.  Defendant may travel outside the district only with the prior approval of Pretrial Services.

Accordingly, IT IS HEREBY ORDERED that Defendant's conditions of bond shall be AMENDED, and that the conditions requiring location monitoring through a GPS tracker and a curfew are REMOVED. All other bond conditions, including travel restrictions within the Eastern District of Michigan, remain in effect as described herein.

Pretrial Services is directed to remove the tether in a manner consistent with their policies and procedures.

DATED this 27th day of August, 2020.

                                BY THE COURT:

                                <u>/s/Terrence G. Berg</u>
                                TERRENCE G. BERG
                                United States District Judge