PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Dorian Broadnax**                                             Docket No.19-cr-20352

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Jessica Homann, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Dorian Broadnax</u>, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge David R. Grand sitting in the court at the <u>Eastern District of Michigan</u>, on <u>June 27, 2019</u>, with conditions.

**Respectfully presenting petition for action of court and for cause as follows**:

On March 21, 2021, it is alleged the defendant committed an assault by strangulation with his domestic partner. According to the Novi Police Department's Investigator's Report: The defendant and victim agreed to meet at the Brightmoor Church trail to have a discussion.  An argument ensued and the defendant wrapped both of his hands around the victim's neck for approximately 8-10 seconds and then forced her to the ground.  The defendant then left the scene.  The victim ran to the church's pastor for help, who called the police.  Minor bruising was observed on the victim's neck.  On March 22, 2021, a warrant request was sent to the Oakland County Prosecutor's Office.

On March 23, 2021, writer advised  Assistant United States Attorney Erin Shaw and  Defense Counsel Todd Perkins of our intent to submit this Petition.

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing be held on     APRIL 1, 2021 at 11:00 a.m, so that the defendant, Dorian Broadnax, can provide the court with reasons as to why bond should be continued in this matter.**

ORDER OF COURT

Considered and ordered this 23rd day of March, 2021 and ordered filed and made a part of the records in the above case.

/s/Terrence G. Berg

Honorable Terrence G. Berg

United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/23/2021

/s:/ Jessica A. Homann

U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: 3/23/2021